# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **BOBBIE ANDERSON** | **CIV. ACTION NO. 3:24-00528** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAL-MART LOUISIANA, L. L. C., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 8] filed by Plaintiff Bobbie Anderson is hereby **DENIED.**

MONROE, LOUISIANA, this 2nd day of July 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE